**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**

CHAMBERS OF
**ARTHUR J. BOYLAN**
U. S. MAGISTRATE JUDGE

638 FEDERAL COURTS BUILDING
316 NORTH ROBERT STREET
ST. PAUL, MINNESOTA 55101
(651) 848-1210

December 30, 2002

Dear Counsel:

Re: Civil No.01-2164,
Lounge Mgt. v. Petersen

A settlement conference will be held in the above referenced case on January 7, 2003, at1:30 P.M. in Room 638 Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge.

Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present. If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied. If an insurance company is involved, the responsible agent must be present.

Each attorney shall immediately submit a letter setting forth the parties' respective settlement position. Failure of any lawyer to submit this letter will result in the imposition of an appropriate sanction.

Additional sanctions may be imposed for failure to comply with any of the other foregoing instructions.

Sincerely,

Arthur J. Boylan
U. S. Magistrate Judge

DEC 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK