UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lounge Management Ltd., a Wisconsin corporation,

Plaintiff,

vs.

Jason Petersen, in his official capacity of Environment Health Director for the Goodhue County Public Health Service,

Defendant.

Civil No. 01-2164 (RHK/AJB)

**ORDER**

---

This Court's January 8, 2003 Order of Dismissal is **VACATED**.

Dated: January 13, 2003

RICHARD H. KYLE
United States District Judge

FILED JAN 13 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK