UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lounge Management, Ltd.,

Plaintiff,

vs.

Jason Petersen, in his official capacity of Environment Health Director for the Goodhue County Public Health Service,

Defendant.

Civil No. 01-2164 (RHK/~~JMM~~ AJB)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The undersigned attorneys hereby advise the Court that all claims by plaintiff in the above-entitled cause of action have been fully compromised and settled. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, without costs or disbursements to any of the parties, may be entered herein.

Dated: March 14, 2002.

RANDALL TIGUE LAW OFFICE P.A.

By: Randall D.B. Tigue
Randall D.B. Tigue, #110000
Attorneys for Plaintiff
Karmel Square Building
2940 Pillsbury Avenue South
Upper Level, Suite #9
Minneapolis, MN 55408
(612) 825-0936

Dated: March 24, 2003.

IVERSON REUVERS, LLC

By: [signature]
Jon K. Iverson, #146389
Jason J. Kuboushek, #0304037
Attorneys for Defendant
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200

FILED APR 28 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. APR 28 2003

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 28 day of April, 2003.

BY THE COURT:

U.S. Magistrate Judge Arthur Boylan

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order,

IT IS HEREBY ORDERED AND ADJUDGED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

WITNESS THE HONORABLE ______________________________, one of the Judges of this Court, this ___ day of ________________, 2003.

BY THE COURT:

______________________________

Clerk of U.S. District Court